# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WILDEARTH GUARDIANS**, a New Mexico non-profit corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF THE INTERIOR**, a department of the United States Executive Branch,<br><br>                    Defendant. | Civil Action No. 18-2498 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated April 25, 2019, Dkt. #19, the parties, by and through undersigned counsel, report as follows.

1.     This case concerns a FOIA request WildEarth Guardians ("Guardians") submitted to the Department of the Interior ("Interior") on October 27, 2017.

2.     The parties previously requested, and this Court ordered, *inter alia*, (1) that all case deadlines are stayed pending Interior's final responses to the FOIA request at issue in this case; (2) that starting in July, and each month thereafter, Interior shall review and disclose at least 500 pages of potentially responsive records to the FOIA request, and shall disclose any responsive non-exempt portions of those records to Guardians on the first Friday of the month until Interior discloses all responsive, non-exempt portions of potentially responsive records; and (3) that the parties shall file joint status reports with the Court every sixty (60) days to inform the Court of the progress the parties have made in the interim. Dkt. #19, ¶¶ 1, 2–4. Under that schedule, this second joint status report is due on August 23, 2019.

3. On July 3, 2019, Interior produced to Guardians, via two emails, 539 pages of responsive material, with some redactions pursuant to FOIA Exemption 5, 5 U.S.C. § 552(b)(5). In the first email, Interior included a partial response letter.

4. On August 1, 2019, Interior produced to Guardians, via four emails, 508 pages of responsive material, with some redactions pursuant to FOIA Exemption 6, 5 U.S.C. § 552(b)(6). In the first email, Interior included a partial response letter. Additionally, since the June 24, 2019 joint status report, Interior obtained a page count of 96,535 pages of potential responsive records remaining for review. The parties have worked cooperatively to reduce that page count by excluding some records from review, and in light of those efforts, Interior estimates that roughly 58,000 pages of potentially responsive records remain for review.

5. Given the high volume of remaining potentially responsive records for review, Interior has indicated that it shall determine whether it can commit to an increased review and production rate and provide, if applicable, the increased review and production rate in the next joint status report. Additionally, Guardians has indicated that it will assist Interior in finding additional ways to facilitate timely and efficient productions before the next joint status report. Guardians asserts that Interior's current review and production rate is unacceptably low and reserves the right to seek judicial intervention to avoid the approximately ten-year disclosure schedule currently proposed by Defendant.

6. The parties will continue working cooperatively and operating under the Court

/ / /

/ / /

schedule, *see* Dkt. #19, with the next joint status report proposed to be due 60 days from filing.

Respectfully submitted this 16th day of August 2019.

| | |
|---|---|
| DAVID BAHR (D.D.C. Bar #OR0001)<br>Bahr Law Offices, P.C.<br>1035 ½ Monroe Street<br>Eugene, Oregon 97402<br>Tel: (541) 556-6439<br>davebahr@mindspring.com<br><br>     /s/ Emma Bruden_____<br>Emma A. O. Bruden (OR Bar #163525)<br>   ***Admitted pro hac vice***<br>Kampmeier & Knutsen PLLC<br>P.O. Box 15099<br>Portland, Oregon 97293<br>Tel: (503) 719-5641<br>emma@kampmeierknutsen.com<br><br>*Attorneys for Plaintiff* | JESSE K. LIU<br>United States Attorney<br>D.C. Bar #472845<br><br>DANIEL F. VAN HORN<br>Chief, Civil Division<br>D.C. Bar #924092<br><br>  \_/s/ Matthew Kahn\_ _____<br>MATTHEW E. KAHN<br>Assistant United States Attorney<br>Civil Division<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-6718<br>Email: Matthew.Kahn@usdoj.gov<br><br>*Attorneys for Defendant* |