## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 18-2498 (RCL) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated April 25, 2019, ECF No. 19, the parties, by and through undersigned counsel, report as follows.

1. This case concerns a FOIA request WildEarth Guardians ("Guardians") submitted to the Department of the Interior ("Interior") on October 27, 2017.

2. The parties previously requested, and this Court ordered, among other things, (1) that all case deadlines are stayed pending Interior's final responses to the FOIA request at issue in this case; (2) that starting in July, and each month thereafter, Interior shall review and disclose at least 500 pages of potentially responsive records to the FOIA request, and shall disclose any responsive non-exempt portions of those records to Guardians on the first Friday of the month until Interior discloses all responsive, non-exempt portions of potentially responsive records; and (3) that the parties shall file joint status reports with the Court every sixty (60) days to inform the Court of the progress the parties have made in the interim. ECF No. 19, ¶¶ 1, 2-4. Under that schedule, this joint status report is due on December 16, 2019.

3. On November 1, 2019, Interior sent Guardians a partial response letter, stating that Interior initially reviewed 948 pages of records in this period and also reviewed 292 pages

that had previously required further review. Of those records, Interior produced 995 pages of records, with some redactions pursuant to FOIA Exemption 5, 5 U.S.C. § 552(b)(5), and FOIA Exemption 6, 5 U.S.C. § 552(b)(6); found 55 pages to be non-responsive; and pulled 291 pages due to a need for additional review.

4.      On December 11, 2019, Interior sent Guardians a partial response letter, stating that Interior reviewed 1,000 pages of records in this period. Of those records, Interior produced 102 pages of records, with some redactions pursuant to FOIA Exemption 5, 5 U.S.C. § 552(b)(5); found 866 pages to be non-responsive; and pulled 34 pages that are undergoing a consultation process and will be released at a later date.

5.      In the October 16, 2019, Joint Status Report, the parties indicated that they were discussing revisions to the review and disclosure schedule in light of the 74,611 pages of potentially responsive materials that the agency had located. *See* ECF No. 23, ¶¶ 3, 6-11. In response to Guardians' request for a scope of records and a schedule that will allow the agency to complete its response to Guardians' request within one year, Interior is preparing such a proposal and intends to provide it to Guardians this week. In the event the parties cannot reach consensus, Guardians may seek judicial intervention to facilitate the timely production of records.  Interior is producing records in accordance with the schedule ordered by the Court.

6.      The parties will continue working cooperatively and operating under the Court schedule, *see* ECF No. 19, with the next joint status report proposed to be due February 14, 2019.

Respectfully submitted this 16th day of December 2019.

DAVID BAHR (D.D.C. Bar #OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, Oregon 97402
Tel: (541) 556-6439
davebahr@mindspring.com

    /s/   Emma Bruden
Emma A. O. Bruden (OR Bar #163525)
  *Admitted pro hac vice*
Kampmeier & Knutsen PLLC
P.O. Box 15099
Portland, Oregon 97293
Tel: (503) 719-5641
emma@kampmeierknutsen.com

*Attorneys for Plaintiff*

JESSE K. LIU
United States Attorney
D.C. Bar #472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. Bar #924092

  /s/ Paul Cirino
PAUL CIRINO
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2529
Email: paul.cirino@usdoj.gov

*Attorneys for Defendant*