UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 18-2498 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated April 25, 2019, ECF No. 19, the parties, by and through undersigned counsel, report as follows.

1. This case concerns a FOIA request WildEarth Guardians ("Guardians") submitted to the Department of the Interior ("Interior") on October 27, 2017.

2. The parties previously requested, and this Court ordered, among other things, (1) that all case deadlines are stayed pending Interior's final responses to the FOIA request at issue in this case; (2) that starting in July, and each month thereafter, Interior shall review and disclose at least 500 pages of potentially responsive records to the FOIA request, and shall disclose any responsive non-exempt portions of those records to Guardians on the first Friday of the month until Interior discloses all responsive, non-exempt portions of potentially responsive records; and (3) that the parties shall file joint status reports with the Court every sixty (60) days to inform the Court of the progress the parties have made in the interim. ECF No. 19, ¶¶ 1, 2–4. The parties also previously agreed to narrow the scope of the request and to work cooperatively to review and disclose only attachments of interest to Guardians so that Interior can complete its response within one year of the March 2020 release. ECF No. 25, ¶¶ 6–7.

3. On March 6, 2020, Interior sent Guardians a partial response letter stating that Interior initially reviewed 500 pages of records in this period. Of those records, Interior produced 92 pages, with redactions pursuant to FOIA Exemption 5, 5 U.S.C. § 552(b)(5), and FOIA Exemption 6, 5 U.S.C. § 552(b)(6), found 393 pages to be non-responsive, pulled 11 pages due to a need for additional consultation, and pulled 4 pages due to a need for additional review.

4. On April 3, 2020, Interior sent Guardians a partial response letter stating that Interior initially reviewed 500 additional pages of records. Of those records, Interior produced 284 pages, with redactions pursuant to FOIA Exemption 6, 5 U.S.C. § 552(b)(6), determined that 93 pages were non-responsive, temporarily withheld four pages for additional review, sent 124 pages to other federal agencies for consultation were previously reviewed and undergoing additional consultation.

5. The parties will continue working cooperatively and operating under the Court schedule, ECF Nos. 19, 25, with the next Joint Status Report proposed to be due June 13, 2020.

Respectfully submitted this 14th day of April 2020.

| | |
|---|---|
| DAVID BAHR (D.D.C. Bar #OR0001)<br>Bahr Law Offices, P.C.<br>1035 ½ Monroe Street<br>Eugene, Oregon 97402<br>Tel: (541) 556-6439<br>davebahr@mindspring.com<br><br>   /s/   Emma Bruden                         <br>Emma A. O. Bruden (OR Bar #163525)<br>  *Admitted pro hac vice*<br>Kampmeier & Knutsen PLLC<br>P.O. Box 15099<br>Portland, Oregon 97293<br>Tel: (503) 719-5641<br>emma@kampmeierknutsen.com<br><br>*Attorneys for Plaintiff* | TIMOTHY J. SHEA<br>United States Attorney<br>D.C. Bar #437437<br><br>DANIEL F. VAN HORN<br>Chief, Civil Division<br>D.C. Bar #924092<br><br>  /s/   Paul Cirino                       <br>PAUL CIRINO<br>Assistant United States Attorney<br>Civil Division<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-2529<br>Email: paul.cirino@usdoj.gov<br><br>*Attorneys for Defendant* |