# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILDEARTH GUARDIANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE INTERIOR, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 18-2498 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of January 19, 2021 the parties, by and through undersigned counsel, report as follows.

1. This case concerns a Freedom of Information Act ("FOIA") request WildEarth Guardians ("Guardians") submitted to the Department of the Interior ("Interior") on October 27, 2017.

2. The parties previously requested, and this Court ordered, among other things, (1) that all case deadlines are stayed pending Interior's final responses to the FOIA request at issue in this case; (2) that starting in July, and each month thereafter, Interior shall review and disclose at least 500 pages of potentially responsive records to the FOIA request, and shall disclose any responsive non-exempt portions of those records to Guardians on the first Friday of the month until Interior discloses all responsive, non-exempt portions of potentially responsive records; and (3) that the parties shall file joint status reports with the Court every sixty (60) days to inform the Court of the progress the parties have made in the interim. ECF No. 19, ¶¶ 1, 2–4.

3. On December 15, 2020, Interior sent Guardians a final response letter.

4. Plaintiff advised Defendant that it has no further issues with respect to the agency's response to its FOIA request, but that it intends to pursue a claim for attorneys' fees. Defendant requested that Plaintiff provide an informal demand for attorneys' fees supported by adequate documentation. Plaintiff provided that information to Defendant on February 2, 2021. Defendant intends to provide a response to Plaintiff's informal demand by March 19, 2021. The parties therefore request additional time to resolve Plaintiff's claim and this case without Court intervention, and request that they file a further Joint Status Report on or before April 5, 2021, unless the case is dismissed before then.

Respectfully submitted this 1st day of March 2021.

| | |
|---|---|
| DAVID BAHR (D.D.C. Bar #OR0001)<br>Bahr Law Offices, P.C.<br>1035 ½ Monroe Street<br>Eugene, Oregon 97402<br>Tel: (541) 556-6439<br>davebahr@mindspring.com | MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division |
| /s/  Emma Bruden<br>Emma A. O. Bruden (OR Bar #163525)<br>  *Admitted pro hac vice*<br>Kampmeier & Knutsen PLLC<br>1300 SE Stark Street, Suite 202<br>Portland, Oregon 97214<br>Tel: (503) 719-5641<br>emma@kampmeierknutsen.com | /s/ Paul Cirino<br>PAUL CIRINO, D.C. Bar # 1684555<br>Assistant United States Attorney<br>Civil Division<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-2529<br>Email: paul.cirino@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |